IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LUTHER W. ROYAL and ROYAL COMMERCIAL REFRIGERATION, INC. <br><br> Plaintiff <br><br> v. <br><br> NEW YORK LIFE INSURANCE COMPANY, THE PAUL REVERE LIFE INSURANCE COMPANY, and UNUM GROUP <br><br> Defendants | CIVIL ACTION <br><br> FILE NO. 6:10-CV-00104-BAE-GRS |

## MODIFIED SCHEDULING ORDER

Having considered the joint motion to modify the scheduling order, and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED and the Court imposes the following deadlines in the above-styled case:

CLOSE OF DISCOVERY:                    June 6, 2014

LAST DAY FOR FILING CIVIL MOTIONS
EXCLUDING MOTIONS IN LIMINE            July 5, 2014

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

_____
THE HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA