IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| LUTHER W. ROYAL and ROYAL COMMERCIAL REFRIGERATION, INC., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 610-104 |
| NEW YORK LIFE INSURANCE CO.; THE PAUL REVERE LIFE INSURANCE CO.; and UNUM GROUP, | * * * * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 73.) The parties have agreed to dismiss the above-referenced action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of May, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA